# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LEILANI BRADSHAW,<br><br>        Plaintiff,<br><br>v.<br><br>CIGNA HEALTH & LIFE INSURANCE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) No. _____<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF LISA MEKKELSEN

STATE OF MINNESOTA   )
                                      )
COUNTY OF CARVER     )

I, Lisa Mekkelsen, first being duly sworn, depose as follows:

1. I am more than twenty-one (21) years of age.

2. I am currently a Senior Operations Representative for Life Insurance Company of North America ("LINA"). I have personal knowledge of the matters stated herein, which are based on my knowledge of the business records and practices of LINA.

3. LINA issued group long term disability policy LK-980076 ("LTD Policy") to SUPERVALU Inc. to fund LTD Plan benefits for its employees

4. LINA is the claims administrator for the LTD Plan.

5. Ms. Bradshaw was a participant in LTD Plan.

6. The LTD Policy and LTD Plan are governed by the Employee Retirement Security Act of 1974 ("ERISA").

7. The LTD policy at issue in the above captioned matter is not an individual policy.

FURTHER, the Affiant sayeth not.

Executed this 15 day of October, 2015.

                                                             _____