GENERAL SESSIONS COURT OF SHELBY COUNTY, TENNESSEE

| | |
|---|---|
| LEILANI BRADSHAW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1763137 |
| CIGNA HEALTH & LIFE INSURANCE, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:  Clerk, General Sessions Court of Shelby County, Tennessee
140 Adams Avenue
#106
Memphis, TN  38103

Please take notice that on October 16, 2015, Defendant Life Insurance Company of North America ("LINA"), incorrectly designated above as "Cigna Health & Life Insurance," filed a Notice of Removal of this action from the General Sessions Court of Shelby County, Tennessee, to the United States District Court for the Western District of Tennessee. A copy of the Notice of Removal is attached.

You are also advised that on filing such Notice of Removal in the office of the Clerk of the United States District Court for the Western District of Tennessee, Defendant also filed copies thereof with the Clerk of the General Sessions Court of Shelby County, Tennessee, to effect the removal pursuant to 28 U.S.C. § 1446(d).

746860

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: _____
Cameron S. Hill, TN BPR No. 017408
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800
Telephone: 423.209.4160
Facsimile: 423.752-9545
Email: chill@bakerdonelson.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon Plaintiff, via U.S. Mail, on October 16, 2015, as follows:

>Leilani Bradshaw
>27 Crescent Bluff Court
>Apt. 101
>Memphis, TN 38106

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

_____
Cameron S. Hill

746860