# State of Tennessee, County of Shelby

GENERAL SESSIONS
COURT CLERK'S OFFICE

2015 SEP 14 P 1: 53

CIVIL WARRANT NO. __1763137__

**To Any Lawful Officer to Execute and Return:**
Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106 Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee

CIGNA-HEALTH & LIFE INSURANCE
Defendant / Defendant / Defendant

900 COTTAGE GROVE RD, BLOOMFIELD, CT 06002
Address / Address / Address

Deputy Clerk of the Court of General Sessions, Shelby County Tennessee do hereby certify this to be an accurate copy of the original Civil Warrant filed this 15 day of Sept, 2015.

on DAY __DG__ DATE __NOV__ 20__15__ TIME __10__ A.M. /P.M.

to answer in a civil action brought by the Plaintiff(s) __LEILANI BRADSHAW, 27 CRESCENT BLUFF CT APT #101, MEMPHIS, TN 38106__

for __BACK PAYMENT OF DISABILITY INSURANCE ($15,554) FROM CIGNA HEALTH & LIFE INSURANCE__

under __25,000__ Dollars

Issued this ____ day of ____ 20__

OTIS JACKSON, JR., Clerk of General Sessions Court

By_____
   Deputy Clerk

Atty. For Plft. __LEILANI BRADSHAW__
Address __27 CRESCENT BLUFF CT APT #101__
         __MEMPHIS, TN 38106__
Phone Code No. __(770) 990-9174__
B.P.R. No.

## JUDGMENT

_____ Judgment for _____

_____ and Cost of suit and litigation taxes, for which Execution may issue.

This ____ day ____ 20 ____

_____
Judge of Division

## SERVICE

Came to hand same day issued and executed as commanded on _____

Came to hand same day issued and executed as commanded on _____

This ____ day of ____ 20 ____
Sheriff/Process Server

This ____ day of ____ 20 ____
Sheriff/Process Server

***SEE OTHER SIDE FOR ADDITIONAL SERVICE****
****AND NOTICE TO DEFENDANT(S)****

| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
|---|---|
| _____ | _____ |
| _____ | _____ |
| This_____ day of _____ 20 ____ <br> **Sheriff/Process Server** | This_____ day of _____ 20 ____ <br> **Sheriff/Process Server** |

## NOTICE

### TO THE DEFENDANT (S):

Pursuant to Tennessee code annotated 26-2-114, you are hereby given the following notice:
Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## AFFIDAVIT

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is / is not a member of a military service.

_____
Attorney for Plaintiff or Plaintiff

_____
Notary Public

My Commission Expires:_____

RECEIVED OCT 07 2015

**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.532.5260, FX - 615.532.2788**
**Jerald.E.Gilbert@tn.gov**

October 1, 2015

Cigna Health & Life Insurance Company
900 Cottage Grove Road, Wilde - B6Lpa
Hartford, CT 06152
NAIC # 67369

Certified Mail
Return Receipt Requested
7015 0640 0007 0048 6749
Cashier # 22077

Re:   Leilani Bradshaw  V.  Cigna Health & Life Insurance Company

   Docket # 1763137

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served September 18, 2015, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Jerald E. Gilbert
Designated Agent
Service of Process

Enclosures

cc: General Sessions Court Clerk
    Shelby County
    140 Adams Street, Rm 106
    Memphis, Tn 38103